IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**JAMES GALLIGAN**,

       Plaintiff**,**

v.                                                              **COURT FILE NO.: 11-CV-2201**

**CBJ CREDIT RECOVERY, INC**.,

       Defendant.

---

### NOTICE OF SETTLEMENT

---

COMES NOW Plaintiff by and through his attorney J. Mark Meinhardt and for his Notice of Settlement, hereby states as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Parties will file a Stipulation of Dismissal with Prejudice with each party to pay their or its own attorney's fees and costs once the settlement documents have been executed by the parties and delivered to all counsel and the Plaintiff has received the settlement funds. The parties expect this to happen within the next sixty (60) days.

                          Respectfully submitted,

Dated: June 9, 2011              By: s/ J. Mark Meinhardt
                                        J. Mark Meinhardt KS # 20245
                                        4707 College Blvd, Suite 100
                                        Leawood, KS 66211
                                        (913) 451-9797 (Office) & (913) 451-6163 (Fax)
                                        meinhardtlaw@sbcglobal.net
                                        **ATTORNEY FOR PLAINTIFF**