## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**JAMES M. GALLIGAN**,                                   **Civil File No. 11-02201-EFM-JPO**

        Plaintiff,

vs.                                                   **STIPULATION OF DISMISSAL**
                                                      **WITH PREJUDICE**

**CBJ CREDIT RECOVERY, INC**.,

        Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff James M. Galligan, and the defendant, CBJ Credit Recovery, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, each side to bear its own costs and attorneys fees.

                        Respectfully submitted,

Dated:  June 21, 2011_____          By _/s/J. Mark Meinhardt_____
                                        J. Mark Meinhardt #20245
                                        4707 College Boulevard, Suite 100
                                        Leawood, KS  66211
                                        (913) 451-9797
                                        (913) 451-6163 (fax)
                                        ATTORNEY FOR PLAINTIFF


Dated:  June 21, 2011_____          By _/s/Michael A. Klutho_____
                                        Michael A. Klutho
                                        Bassford Remele, P.A.
                                        33 South Sixth Street, Suite 3800
                                        Minneapolis, MN 55402-3707
                                        (612) 333-3000
                                        (612) 333-8829 (fax)
                                        ATTORNEY FOR DEFENDANT